F. M. Wolff v. Otto H. Kahn and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Albert M. Gottlieb and Another, Copartners, etc., v. Henry Hauer, Inc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. °

New York City Employees' Retirement System v. Walter G. Elict.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Lord & Burnham Company v. The City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Albert Smyk v. Munson Steamship Line.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Catherine Reville v. Louis Kurte.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Strauss & Co., Inc., v. Edward Arlington.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Max Resnickoff, an Infant, etc., v. Ranson E. Wilcox. Julius Resnickoff v. Ranson E. Wilcox.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

George W. Korn v. Bernard Reich.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Joseph Kaufman v. Max Fischthal.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philippine Murray, as Administratrix, etc., v. Dry Dock, East Broadway and Battery Railroad Company.— Motion denied, with ten dollars costs and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Isaac Washowitz v. Max Solomon and Others.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Henry A. Schneider, Inc., v. F. L. Aste Co., Inc., and Another.— Motion granted as indicated in order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Samuel Tash v. Pilgrim Rubber Corporation, a Foreign Corporation.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

George B. Holbert, as Trustee, etc., v. Mary F. Kingston, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

The People of the State of New York v. Michael Harris.— Motion granted so far as to extend the appellant's time to procure the record on appeal and the appellant's points to be filed, until February 15, 1929, with notice of argument for March 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.